UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                     :  Case No. 15-56264
      Phyllis L. Coll              :  Chapter 13
                               :  Judge:  Hoffman
      Debtor(s)                   :

## DEBTOR(S)' NOTICE OF CHANGE OF ADDRESS

**NOW COMES THE DEBTOR(S)**, by and through his/her/their
undersigned counsel, and notifies the Court of the Debtors' change of address:

**New Address:**          **963 Prestige Blvd. Apt 306**
**Lancaster, OH  43130-9673**

Respectfully submitted,


___/s/ Michael E. Benson_____
Michael E. Benson (0067990)
Attorney for Debtor(s)
109 Town St.
Gahanna, OH  43230
Phone: 614-418-4740
ECF: mb007@columbus.rr.com
mbenson007@sbcglobal.net;
mikebenson007@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Debtor(s)' Notice of Change of Address was served upon the parties listed below, via ECF and/or regular U.S. Mail, postage prepaid on this **14th** day of **November**, **2017.**

_____/s/ Michael E. Benson
Michael E. Benson (0067990)
Attorney for Debtor(s)
109 Town St.
Gahanna, OH  43230
Phone: 614-418-4740

Parties Served:

Office of United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio  43215

ECF - ustpregion09.cb.ecf@usdoj.gov

Faye D. English
Chapter 13 Standing Trustee
10 West Broad St., Suite 900
Columbus, Ohio 43215-3449

ECF e-mail -  notices@ch13columbus.com

Cerastes, LLC
Weinstein & Riley PS
2001 Western Ave Ste 400
Seattle, WA 98121
(Via US Mail)

Brian M Gianangeli
ECF - bgianangeli@mifsudlaw.com